UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **PROGRESSIVE EXPRESS INSURANCE COMPANY**, | § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | |
| **ETHAN TRUCKING, INC.; MESA CARRIERS CORP.; EDUARDO BLANCO CASTRO; JUSTINO URIETA; and ESPERANZA URIETA**, | | EP-23-CV-00156-DCG |
| *Defendants*. | | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff Progressive Express Insurance Company has dismissed the above-captioned case without prejudice under Federal Rule of Civil Procedure 41(a)(1). Notice, ECF No. 5.

The Court accordingly **DISMISSES** this case **WITHOUT PREJUDICE**.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 31st day of July 2023.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE